HELEN E. PORTER, Respondent, *v.* ALDEN S. SWAN, Appellant.

*Porter* v. *Swan*, 14 Misc. Rep. 406, affirmed.
(Submitted June 13, 1898; decided October 4, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered November 29, 1895, affirming a judgment in favor of plaintiff, entered upon the report of a referee.

*William N. Dykman* for appellant.

*Daniel Cameron* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK AND NEW JERSEY TELEPHONE COMPANY, Respondent and Appellant, *v.* BARZILLAI G. NEFF et al., Constituting the Board of Assessors of the City of Brooklyn, Appellants and Respondents.

*People ex rel. N. Y. & N. J. Tel. Co.* v. *Neff*, 15 App. Div. 8, affirmed.
(Argued June 6, 1898; decided October 4, 1898.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 2, 1897, modifying an order of Special Term in a proceeding by certiorari to review an assessment of the relator for the year 1896.

*Alexander Cameron, Melville Egleston* and *Henry Yonge* for relator.

*Almet F. Jenks* for defendants.

Order affirmed, with costs, on opinion below.
All concur.